# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145142(55)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRIAN JAMES VEILLEUX,
        Defendant-Appellant.
_____

SC: 145142
COA: 302335
Oakland CC: 2008-221029-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his supplemental brief is considered and it is granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk